KENNETH A. FEINSWOG
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 310-846-5801
kfeinswog@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES <br><br> Defendants. | CASE NO. 3:18-cv-00862-AJB-BLM <br><br> **NOTICE OF PARTIES WITH FINANCIAL INTEREST (LOCAL RULE 40.2)** |

    Plaintiff Global Merchandising Services, Ltd. pursuant to Local Rule 40.2 herein discloses that it is a privately held limited liability company, and there are

1

1  no parent corporations or publicity held entities holding ten (10%) percent or more
2  of its stock.
3
4  Dated:  May 4, 2018                    Respectfully submitted,
5
6                                         s/Kenneth A. Feinswog
7                                         Kenneth A. Feinswog, Esq.
                                          Attorney for Plaintiff
8                                         400 Corporate Pointe, Suite 300
9                                         Culver City, CA  90230
                                          Telephone:  310-846-5800
10                                        Facsimile:   310-846-5801
11                                        kfeinswog@aol.com